IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE LEE HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 13-0412-CG-N |
| | ) |
| COMFORT SYSTESM (USA) | ) |
| SOUTHEAST, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 30, 2013, is **ADOPTED** as the opinion of this Court, and it is **ORDERED** that this action be **REMANDED** to the Circuit Court of Mobile County, Alabama, from whence it was removed.  The Clerk is directed to take such steps as are necessary to effectuate the remand.

**DONE and ORDERED** this 19th day of September, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE